**Order filed, September 25, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00712-CV

_____

## LEOLA JONES AND STEPHANIE ALLEN, Appellant

## V.

## HELEN JUNGENBERG, Appellee

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. CV27264**

## ORDER

The reporter's record in this case was due September 14, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Teri Daigel, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM